FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2017 ★

LONG ISLAND OFFICE

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0424/1:10CR92-3 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

CR-17 0099

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED | DISTRICT | DIVISION |
|---|---|---|
| Antoine L. Lawton | West Virginia Northern | Clarksburg |
| | NAME OF SENTENCING JUDGE Honorable Irene M. Keeley | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/02/15 — TO 11/01/21 |

**OFFENSE**

Aiding and Abetting in the Distribution of Heroin within 1,000 Feet of a Protected Location

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the Probationer or Supervised Releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Probation or Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_February 27, 2017_     _Irene M. Keeley_
Date                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named Probationer/Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

**SPATT, J.**

_____   _____
*Effective Date*         *United States District Judge*